IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. ...
NORTHERN DISTRICT OF TEXAS
**FILED**
SEP 20 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| SOUTHWEST AIRLINES CO., § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3-03-CV-2671-H |
| § | |
| FARECHASE, INC. and § OUTTASK, INC., § § | |
| Defendants. § | |

### AGREED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Southwest Airlines Co. ("Southwest") and defendant Outtask, Inc. ("Outtask") file this Agreed Motion to Dismiss, and would respectfully show the Court as follows:

Southwest and Outtask have concluded a settlement agreement resolving the dispute between them. Pursuant to that settlement agreement, Southwest and Outtask hereby stipulate and agree to the dismissal of this action as to Outtask with prejudice.

WHEREFORE, PREMISES CONSIDERED, the parties hereby move the Court to enter an Order of Dismissal WITH PREJUDICE to Southwest's right to refile the same cause or any part thereof in this or any other court as to Outtask.

Dated: September 17, 2004.

Respectfully submitted,

_____
Ramona Martinez
State Bar No. 13144010
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, Texas 75202
214-672-2173
214-672-2020 (fax)

R. Paul Yetter
State Bar No. 22154200
Yetter & Warden, L.L.P.
909 Fannin, Suite 3600
Houston, Texas 77010
713-632-8000
713-632-8002 (fax)

**Attorneys for Plaintiff
Southwest Airlines Co.**

**Local Counsel for
Plaintiff Southwest Airlines Co.**

_____
Ralph H. Duggins
State Bar No. 06183700
Timothy D. Howell
State Bar No. 240002315
Cantey & Hanger, L.L.P.
801 Cherry Street, Unit #2
Fort Worth, Texas 76102
(817) 877-2800
(817) 877-2807 (fax)

**Attorneys for Defendant Outtask, Inc.**

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on this 17th day of September, 2004, as follows:

CERTIFIED MAIL/RRR and FACSIMILE

Ralph H. Duggins
Cantey & Hanger, L.L.P.
Burnett Plaza, Suite 2100
801 Cherry Street, Unit #2
Fort Worth, Texas 76102-6881
817-877-2807 (fax)

_____
Ramona Martinez