IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3-03-CV-2671-H |
| | § | |
| FARECHASE, INC. and | § | |
| OUTTASK, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered plaintiff Southwest Airlines Co. and defendant Outtask, Inc., on their Agreed Motion to Dismiss. After considering the motion, the pleadings on file herein, and the arguments of counsel, the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that defendant Outtask, Inc. be DISMISSED WITH PREJUDICE.

Further, defendant FareChase, Inc., having been dismissed without prejudice by prior order of this Court, this is a final order that fully and finally disposes of all parties and claims in this action.

SIGNED this 23 day of SEPT, 2004.

_____
UNITED STATES DISTRICT JUDGE